MARY A. SIEGRIST, Appellant, *v.* AMERICAN LOCOMOTIVE COMPANY, Respondent.

Argued June 8, 1942; decided July 29, 1942.

*Max Freund* for appellant.

*Tyler M. Bartow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.